```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23859
   ART SWAYZER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-6380


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 12/19/2007 and was not confirmed.

   The case was dismissed without confirmation 04/16/2008.
------------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
------------------------------------------------------------------------
NEW AGE FURNITURE       SECURED NOT I      600.53          .00            .00
RMI/MCSI                UNSECURED          250.00          .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS          .00          .00            .00
IL STATE DISBURSEMENT UN UNSECURED            .00          .00            .00
CITIBANK USA            UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO PARKING UNSECURED      NOT FILED           .00            .00
DAVID TAYLOR & ASSOC    UNSECURED      NOT FILED           .00            .00
IMAGINE/FBOFD           UNSECURED      NOT FILED           .00            .00
NEW AGE FURNITURE       UNSECURED      NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         648.25          .00            .00
STATE FARM INSURANCE    UNSECURED      NOT FILED           .00            .00
TORRES CREDIT SERVICES  UNSECURED      NOT FILED           .00            .00
ASSET ACCEPTANCE LLC    UNSECURED          662.88          .00            .00
ILLINOIS DEPT OF REV    PRIORITY            36.20          .00            .00
ILLINOIS DEPT OF REV    UNSECURED           30.00          .00            .00
ROBERT J SEMRAD & ASSOC DEBTOR ATTY      2,443.00                       160.08
TOM VAUGHN              TRUSTEE                                          13.92
DEBTOR REFUND           REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   174.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   160.08
TRUSTEE COMPENSATION                              13.92
DEBTOR REFUND                                       .00
                        --------------      --------------
TOTALS                    174.00                 174.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23859 ART SWAYZER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                        /s/ Tom Vaughn

Dated: 07/24/08                _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE

                                         PAGE   2
              CASE NO. 07 B 23859 ART SWAYZER